IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **RICHARD F. KING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 1:04CV01179 |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

In this action for judicial review, Plaintiff filed a Motion for Judgment on the Pleadings (Pleading No. 5) and a Memorandum of Law in Support of Motion for Judgment on the Pleadings ("the Memorandum") on April 15, 2005. (Pleading No. 6.) Upon review by this Court, the Memorandum is found to be deficient because it is greater than 20 pages in length, in violation of Local Rule 7.3(d).

Accordingly,

The Memorandum is hereby **STRICKEN** without prejudice to the filing of a proper document on or before November 17, 2005. The response time of the Commissioner to any corrected document filed by Plaintiff will run for 20 days from the date of the filing of such document, although the Commissioner may choose to stand on her prior response and file no further response. In the event Plaintiff fails to submit a corrected document on or before

November 17, 2005, the Court will consider the first 20 pages only of the Memorandum in its determination of this matter.

                                                   /s/ P. Trevor Sharp
                                             United States Magistrate Judge

Date: October 31, 2005